# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QING QIN,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 20-cv-2423 |
| | : | |
| **VERTEX, INC.,** | : | |
| **Defendant.** | : | |

# O R D E R

AND NOW, this   30TH   day of November, 2021, upon consideration of Plaintiff's Motion to Preclude Defendant's Expert, Irene C. Mendelsohn (ECF No. 27), and Defendant's response thereto (ECF No. 32), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED.**

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge